FILED
United States Court of Appeals
Tenth Circuit

October 15, 2014

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

HUGO ROSARIO
GUTIERREZ-BRIZUELA,

    Petitioner,

v.

ERIC H. HOLDER, JR.,

    Respondent.

No. 14-9585

---

**ORDER**

---

Before **HOLMES** and **O'BRIEN**, Circuit Judges.

---

    Hugo Rosario Gutierrez-Brizuela, a native and citizen of Mexico, moves for a stay of removal pending the court's decision on his petition for review. To award him a stay, the court must consider: "(1) whether [he] has made a strong showing that he is likely to succeed on the merits; (2) whether [he] will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted).

Mr. Gutierrez-Brizuela has not established these factors. Accordingly, we deny his motion for a stay of removal.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk