**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 13, 2016**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

HUGO ROSARIO GUTIERREZ-
BRIZUELA,

    Petitioner,

v.

LORETTA E. LYNCH, United States
Attorney General,

    Respondent.

No. 14-9585

_____

## ORDER
_____

Before **GORSUCH**, **McKAY**, and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on *Respondent's Motion for Clarification*.

Respondent does not cite to any rule or authority permitting the clarification sought in the

motion, which is, therefore, construed as a motion for panel rehearing. So construed, the

motion is denied.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk